# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: Tyson Takeuchi  
Street Address: 1100 Wilshire Blvd Ste 2606  
Los Angeles, CA 90017  
Filer's Telephone No.: 213-637-1566  

Atty Name (if applicable): Tyson Takeuchi  
CA Bar No. (if applicable): 177419  
Atty Fax No. (if applicable): 888-977-6310  

In re: Ricardo Javier Espinal  

Case No.: 2:13-bk-26486-PC  
Chapter 7 ✓  11 ___  13 ___  

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes _____    No ✓

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ___ B ___ C ___ D ___ E ___ F ___ G ___ H ___ I ___ J ___

Statement of Social Security Number(s) ✓       Statement of Financial Affairs ___

Statement of Intention ___                      Other ✓  Voluntary Petition

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Ricardo Javier Espinal, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 7/08/2013

*Debtor Signature*

**FOR COURT USE ONLY**

Co-Debtor Signature

*SEE REVERSE SIDE**

B-1008 *Revised November 2011*

**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>Central District of California, Los Angeles Division | **Amended Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Espinal, Ricardo Javier** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**., .** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):    **5806** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**349 S Lafayete Park Pl #322**<br>**Los Angeles, CA**<br>ZIPCODE **90057** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business:<br>**Los Angeles** |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check **one** box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Amended Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Espinal, Ricardo Javier** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X */s/ Tyson Takeuchi*    7/03/13<br>Signature of Attorney for Debtor(s)    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Amended Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Espinal, Ricardo Javier** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Ricardo Javier Espinal*
Signature of Debtor                                    **Ricardo Javier Espinal**

X _____
Signature of Joint Debtor

**(213) 382-0569**
Telephone Number (If not represented by attorney)

**July  3, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X */s/ Tyson Takeuchi*
Signature of Attorney for Debtor(s)

**Tyson Takeuchi 177419**
**Law Offices Of Tyson Takeuchi**
**1100 Wilshire Blvd Suite 2606**
**Los Angeles, CA  90017-1916**
**(213) 637-1566  Fax: (213) 402-5422**
**ty@tysonfirm.com**

**July  3, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The Law Offices of Tyson M. Takeuchi
Tyson M. Takeuchi, Esq.
1100 Wilshire Blvd. Suite 2606
Los Angeles, CA 90017
Telephone: (213)637-1566
Fax: (213)402-5422

**NOTICE OF AMENDED STATEMENT OF SOCIAL SECURITY NUMBER TO CREDITORS, TRUSTEE, AND US TRUSTEE AS REQUIRED BY F.R.B.P. 1009(a)**

Re: Ricardo Javier Espinal,
　　Debtor

Dear Sir/Madam:

　　My office represents Ricardo Javier Espinal relative to the filing of the Chapter bankruptcy case commenced on 6/25/2013 and assigned Case Number 2:13-bk-26486, in the United States Bankruptcy Court, Central District of California, Los Angeles Division. Due to inadvertence and mistake, the Social Security number provided on the Voluntary Petition filed on 6/25/2013 was incorrectly stated as XXX-XX-5086. The debtor's correct Social Security number is XXX-XX-5806 as evidenced by the enclosed Amended Statement of Social Security Number filed with the Court on 7/08/2013.
　　Please cause the debtor's bankruptcy case information and any reference thereto to be deleted in its entirety from the credit report of the person having Social Security number XXX-XX-5086.
　　Should you wish to discuss this matter further, or if you need additional information or documentation, please do not hesitate to contact my office.

Sincerely,
Tyson M. Takeuchi

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: 07/03/2013

Rene Babaian
Print or Type Name

*Signature*

(SEE ATTACHED MAILING LIST.)

```
Label Matrix for local noticing          Los Angeles Division                  American Express
0973-2                                   255 East Temple Street,               Po Box 981537
Case 2:13-bk-26486-PC                    Los Angeles, CA 90012-3332            El Paso, TX 79998-1537
Central District Of California
Los Angeles
Wed Jul  3 15:59:26 PDT 2013

(p)BANK OF AMERICA                       Capital Management Services          Chase
PO BOX 982238                            698 1/2 South Ogden Street           800 Brooksedge Blvd
EL PASO TX 79998-2238                    Buffalo, NY 14206-2317               Westerville, OH 43081-2822


Chase                                    Chase Bank USA NA                    Citi Cards/Citibank
Po Box 901076                            Po Box 15298                         Po Box 6241
Fort Worth, TX 76101-2076                Wilmington, DE 19850-5298            Sioux Falls, SD 57117-6241


County Of Los Angeles                    Discover Fin Svcs Llc                Dsnb American Express
5770 S Eastern Ave                       PO Box 15316                         Po Box 8218
Commerce, CA 90040-2948                  Wilmington, DE 19850-5316            Mason, OH 45040-8218


Equifax                                  Equifax Information Services, LLC    Experian
PO Box 144717                            PO Box 740256                        NCAC
Orlando, FL 32814-4717                   Atlanta, GA 30374-0256               PO Box 9556
                                                                              Allen, TX 75013-9556

Experian                                 Franchise Tax Board                  Ge/Jcpenney
Profile Maintenance                      Personal Bankruptcy MS A340          Po Box 965007
PO Box 9558                              PO Box 2952                          Orlando, FL 32896-5007
Allen, TX 75013-9558                     Sacramento, CA 95812-2952


Gecrb/Paypal Smart Conn                  Granite Bay Acceptance               (p)INTERNAL REVENUE SERVICE
Po Box 965005                            2940 Hebron Park Dr                  CENTRALIZED INSOLVENCY OPERATIONS
Orlando, FL 32896-5005                   Henbron, KY 41048-9573               PO BOX 7346
                                                                              PHILADELPHIA PA 19101-7346


Kaiser Permanente                        Macys                                Trans Union Corporation
6041 Cadillac Ave                        Po Box 8218                          Attn: Public Records Department
Los Angeles, CA 90034-1702               Mason, OH 45040-8218                 555 W Adams St.
                                                                              Chicago, IL 60661-3631

TransUnion Consumer Relations            United States Trustee (LA)           Universal Card/Citibank
PO Box 2000                              725 S Figueroa St., 26th Floor       Po Box 6241
Chester, PA 19016-2000                   Los Angeles, CA 90017-5413           Sioux Falls, SD 57117-6241


Howard M Ehrenberg (TR)                  Ricardo Javier Espinal               Tyson Takeuchi
SulmeyerKupetz                           349 S Lafayete Park Pl #322          Law Offices of Tyson Takeuchi
333 South Hope Street, 35th Floor        Los Angeles, CA 90057                1100 Wilshire Blvd Ste 2606
Los Angeles, CA 90071-1406                                                    Los Angeles, CA 90017-1964
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Po Box 982235<br>El Paso, TX 79998 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Po Box 21126<br>Philadelphia, PA 19114-0326 | End of Label Matrix<br>Mailable recipients    29<br>Bypassed recipients     0<br>Total                  29 |